Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

FILED/REC'D

# UNITED STATES DISTRICT COURT

2025 NOV 13 P 4: 19

for the

Western District of Wisconsin

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

Civil Division

25   CV   943   WMC

JESSE SCHWORCK

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [ ] Yes  [✓] No

_____

. *Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

**–v–**

STEPHANIE R. HILTON, DANE COUNTY CIRCUIT
JUDGE, WISCONSIN COURT OF APPEALS,
WISCONSIN SUPREME COURT, AND THE STATE
OF WISCONSIN

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# I.    The Parties to This Complaint

## A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jesse Schworck |
| Address | 835 Norman Drive |
| | Stoughton    WI    53589 |
| | *City*    *State*    *Zip Code* |
| County | Dane |
| Telephone Number | (608)515-2866 |
| E-Mail Address | jesseschworck@yahoo.com |

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Stephanie Hilton |
| Job or Title *(if known)* | Dane County Circuit Court Judge |
| Address | Dane County Circuit Court, 215 Hamilton Street |
| | Madison    WI    53703 |
| | *City*    *State*    *Zip Code* |
| County | Dane |
| Telephone Number | (608) 266-4325 |
| E-Mail Address *(if known)* | none |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | several |
| Job or Title *(if known)* | Wisconsin Courts of Appeal Judges |
| Address | P.O. Box 1688 |
| | Madison    WI    53701 |
| | *City*    *State*    *Zip Code* |
| County | Dane |
| Telephone Number | (608) 266-1880 |
| E-Mail Address *(if known)* | none |

☐ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | All Justices |
| Job or Title *(if known)* | Wisconsin Supreme Court Justices |
| Address | 6 East State Capitol |

| Madison | WI | 53701 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Dane |
| Telephone Number | (608) 266-1298 |
| E-Mail Address *(if known)* | none |

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Josh Kaul |
| Job or Title *(if known)* | Wisconsin Attorney General |
| Address | P.O. Box 7857 |

| Madison | WI | 53701 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Dane |
| Telephone Number | (608) 266-1221 |
| E-Mail Address *(if known)* | none |

☐ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Due Process, Equal Protection, and access to courts under the 1st, 5th, and 14th Amendments; 18 USC 241 and 18 USC 242.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

As judges in Dane County Circuit Court, Judges in the Wisconsin Court of Appeals, and Justices in the Wisconsin Supreme Court

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Dane County

B. What date and approximate time did the events giving rise to your claim(s) occur?

from 2019 to present

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(1) After Vera Okello filed a Petition to Dissolve Marriage against Plaintiff in Dane County Circuit Court, in Okello v. Schworck, 2019-FA-1039, Plaintiff alerted Defendant Judge Frank Remington that Okello was in this Country illegally by having committed several violations of federal immigration and naturalization laws by committing marriage fraud.

(2) Most importantly, Plaintiff informed Judge Remington that the Kenya Court declared the parties' "marriage" was void after Okello was properly served and failed to appear to dispute the marriage fraud facts.

(3) A copy of the Kenya Judgment is attached as Exhibit A.

## Schworck v.

## Continuation of the facts from page 4:                                    Page 4

(4) The Kenya Court explicitly found as a fact and as a matter of Kenya law that Okello married Plaintiff to circumvent the immigration and naturalization laws of the United States.

(5) Instead of enrolling and domesticating the Kenya Judgment for the Dane County Clerk of Court to treat the Kenya Judgment "in the same manner as a judgment of the [Dane County] circuit court," as required by Section 806.24 (2), Wis. Stats., and then arresting Okello and holding her for ICE for deportation, Judge Remington refused to follow federal law and provided a sanctuary for Okello operating on the premise that the parties were lawfully married.

(6) After Judge Remington forced Plaintiff to litigate the Divorce action in Dane County Circuit Court, Plaintiff appealed to both the Wisconsin Court of Appeals and Wisconsin Supreme Court and through no fault of his own did not obtain relief.

(7) Both of those courts and judges and justices therein aligned themselves with Judge Remington and acted in concert by refusing to follow state and federal law, providing further sanctuary for Okello, an illegal immigrant and alien, which persists to date, to the determent of Plaintiff and his civil rights to due process, equal protection, and access to courts.

(8) Further, after Judge Remington retired, Judge Stephanie R. Hilton, who inherited case no. 2019-FA-1039, also aligned herself and court with Judge Remington and Judge Valerie Bailey-Rihn, and others unnamed and unknown, refusing to follow federal and state law, providing further sanctuary and protection to illegal immigrant and alien Okello violating Plaintiffs rights.

### **end of facts**

### PLAINTIFF HAS LEFT THE REMAINDER OF THIS PAGE BLANK

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

compensatory damages in an amount that is not known at this time. An accounting will be provided by separate affidavit.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

1). Declaratory Judgment declaring all state court orders and judgments in 2019-FA-1039 and all associated cases void such as Dane County Circuit Case Nos. 2020-FA-1953, 2021-FA-729, 2023-FA-0419, Wisconsin Court of Appeals/Supreme Court Cases, 2022-AP-1651, 2023-AP-859, 2023-AP-959, and 2024-AP-0082, in light of the Kenya Judgment and Section 806.24(2), Wis. Stats, requirements and the 1st, 5th, and 14th Amendment of the United States Constitution.

2). Compensatory damages in an amount that is not known at this time;

3). An injunction directing state court officials to remove 2019-FA-1039 and all related cases from CCAP;

4). An order from this Court directing the United States Marshall to arrest Okello immediately and hold her for ICE deportation back to Kenya;

5) An order from this Court that requires the United States Marshall to arrest any person that fails to comply with the orders and injunction of this Court, as stated above and herein, to be held accountable as contempt; and

6) For this Honorable Court to issue such and further orders it deems law, justice, and equity require.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:                    11/13/2025

Signature of Plaintiff

Printed Name of Plaintiff       Jesse Schworck

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

| | City | State | Zip Code |

Telephone Number

E-mail Address